UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Matheson Postal Services, Inc., Debtor(s).

Bankruptcy Case No. *(If known)*:

*The following additional information is required when filing this form in an adversary proceeding.*

v.

Plaintiff(s),

Defendant(s).

Adversary Proceeding No. *(If known)*:

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

Matheson Postal Services, Inc.
*[Insert name of corporate debtor/party]*

Check one: ☒ DEBTOR    ☐ PLAINTIFF    ☐ DEFENDANT    ☐ OTHER *(specify):* _____

**Instructions:** Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.

☒ 1. **The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:**

    Name: Matheson Trucking, Inc.
    Address: 9785 Goethe Road    Sacramento    CA 95827

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    *(For additional names, attach an addendum to this form.)*

☐ 2. **There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/05/2022

Charles J. Mellor
Signature of Authorized Individual for Corporate Debtor/Party

Charles Mellor
Printed Name of Authorized Individual for Corporate Debtor/Party

Chief Restructuring Officer
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)

Signature: *Charles J. Mellor*
Charles J. Mellor (May 5, 2022 12:05 PDT)

Email: cmellor@mathesoninc.com

# 2022 - 5-5 MPS Corporate Ownership Statement

**Final Audit Report**          2022-05-05

| | |
|---|---|
| Created: | 2022-05-05 |
| By: | Greg Nuti (gnuti@nutihart.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASjK6P_9ob8hVu9wrhURAUnN-hWmOAT_k |

## "2022 - 5-5 MPS Corporate Ownership Statement" History

- Document created by Greg Nuti (gnuti@nutihart.com)
  2022-05-05 - 6:59:06 PM GMT- IP address: 68.123.13.8

- Document emailed to Charles J. Mellor (cmellor@mathesoninc.com) for signature
  2022-05-05 - 6:59:42 PM GMT

- Email viewed by Charles J. Mellor (cmellor@mathesoninc.com)
  2022-05-05 - 7:04:35 PM GMT- IP address: 71.6.62.11

- Document e-signed by Charles J. Mellor (cmellor@mathesoninc.com)
  Signature Date: 2022-05-05 - 7:05:21 PM GMT - Time Source: server- IP address: 71.6.62.11

- Agreement completed.
  2022-05-05 - 7:05:21 PM GMT

Adobe Acrobat Sign