Fill in this information to identify the case:

**Debtor name:** Matheson Postal Services, Inc.

**United States Bankruptcy Court for the:** Eastern District of California

**Case number (if known):** 22-_____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Porter Billing Services PO Box 398 Birmingham AL 35201 | | Trade Debts | ☐ C ☐ U ☐ D | | | $1,449,861.73 |
| 2 | Comdata Mastercard Program 109 Northpark Blvd Suite 500 Covington LA 70433 | | Trade Debts | ☐ C ☐ U ☐ D | | | $162,253.69 |
| 3 | Penske Truck Leasing-Pa PO Box 827380 Philadelphia PA 19182-7380 | | Trade Debts | ☐ C ☐ U ☐ D | | | $156,189.47 |
| 4 | Clean Energy Lockbox #676911 1200 E. Campbell Rd. Ste 108 Richardson TX 75081 | | Trade Debts | ☐ C ☐ U ☐ D | | | $123,023.27 |
| 5 | Pro Drivers P.O. Box 102409 Atlanta GA 30368-2409 | | Trade Debts | ☐ C ☐ U ☐ D | | | $105,145.41 |
| 6 | Gary Sandquist 1885 W Victory Ln Meridian ID 83642 | Tel: (208) 890-6071 | Severance Agreement | ☐ C ☐ U ☐ D | | | $78,559.00 |

Debtor **Matheson Postal Services, Inc.**    Case number *(if known)* 22-_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Ang Region 1, LLC<br>19 Railroad Place<br>Suite 201<br>Saratoga Springs NY 12866 | Tel: (877) 264-3835 | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $73,901.88 |
| 8 | Anytime Logistics<br>P.O. Box 2103<br>Denton TX 76202 | | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $58,400.00 |
| 9 | LSPM (Dba) Industrial Resourcing<br>c/o Universal Funding Corp<br>PO Box 13115<br>Spokane WA 99213-3115 | Jerry Powell, CEO<br>JERRY@LSPM.COM<br>Tel: (817) 262-1166 | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $50,318.13 |
| 10 | Kenworth Sales Company<br>Dept # 001<br>P.O. Box 27088<br>Salt Lake City UT 84127-0088 | onavarrete@kwsco.com<br>Tel: (801) 412-4465 | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $45,039.76 |
| 11 | Prepass<br>PO Box 932588<br>Atlanta GA 31193-2588 | Tel: (800) 773-7277 | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $31,355.53 |
| 12 | Tec Equipment Inc<br>PO Box 743077<br>Los Angeles CA 90074-3077 | | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $27,844.15 |
| 13 | Contracted Driver Svcs, Inc. - Fstaff<br>13817 W. Van Buren Street<br>Goodyear AZ 85338 | ar@fstaff.com | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $26,114.72 |
| 14 | Victor Valley Transit Authority<br>17150 Smoke Tree Street<br>Hesperia CA 92345 | Tel: (760) 948-4021<br>Fax: (760) 948-1380 | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $21,378.13 |
| 15 | Corporate Lodging Consultants<br>P.O. Box 534722<br>Atlanta GA 30353-4722 | | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $17,585.04 |
| 16 | Zaran Sayre & Associates, Inc.<br>30504 Pacific Hwy. S.<br>Federal Way WA 98003 | | Trade Debts | ☐ C<br>☐ U<br>☐ D | | | $15,610.79 |

Debtor **Matheson Postal Services, Inc.**　　　　　Case number *(if known)* 22-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | Loadtrek Software 127 Central Ave Waterloo WI 53594 | | Trade Debts | ☐ C ☐ U ☐ D | | | $15,204.00 |
| 18 | Elite HR Logistics, Inc.. 2331 Capitol Ave Sacramento CA 95816 | desiree@elitehrl.com Tel: (916) 484-4300 | Trade Debts | ☐ C ☐ U ☐ D | | | $13,362.56 |
| 19 | Pape Kenworth PO Box 35144 #5077 Seattle WA 98124-5144 | | Trade Debts | ☐ C ☐ U ☐ D | | | $11,474.47 |
| 20 | Mccandless International Trucks 16704 E. 32ND AVE Aurora CO 80011 | | Trade Debts | ☐ C ☐ U ☐ D | | | $8,426.06 |

Fill in this information to identify the case and this filing:

Debtor name: Matheson Postal Services, Inc.

United States Bankruptcy Court for the: Eastern District of California

Case number (if known): 22-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/05/2022
MM/DD/YYYY

X *Charles J. Mellor*
Charles J. Mellor (May 5, 2022 12:03 PDT)
Signature of individual signing on behalf of debtor

Charles Mellor
Printed name

Chief Restructuring Officer
Position or relationship to debtor

# 2022 -5-5 MPS Top 20 Unsecured Creditors and Declaration

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　2022-05-05

| | |
|---|---|
| Created: | 2022-05-05 |
| By: | Greg Nuti (gnuti@nutihart.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfhFetfjJFFgAr8gnquDWFavuNIQqRkbU |

## "2022 -5-5 MPS Top 20 Unsecured Creditors and Declaration" History

- Document created by Greg Nuti (gnuti@nutihart.com)
  2022-05-05 - 6:58:05 PM GMT- IP address: 68.123.13.8

- Document emailed to Charles J. Mellor (cmellor@mathesoninc.com) for signature
  2022-05-05 - 6:58:21 PM GMT

- Email viewed by Charles J. Mellor (cmellor@mathesoninc.com)
  2022-05-05 - 7:02:40 PM GMT- IP address: 71.6.62.11

- Document e-signed by Charles J. Mellor (cmellor@mathesoninc.com)
  Signature Date: 2022-05-05 - 7:03:12 PM GMT - Time Source: server- IP address: 71.6.62.11

- Agreement completed.
  2022-05-05 - 7:03:12 PM GMT

Adobe Acrobat Sign