Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
411 30th Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com
Proposed Attorneys for Matheson
Flight Extenders, Inc. and Matheson
Postal Services, Inc.

## UNITED STATES BANRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MATHESON FLIGHT EXTENDERS, INC.,<br><br>Debtor. | Case No.: 22-21148<br><br>Chapter 11 |
| In re:<br><br>MATHESON POSTAL SERVICES, INC.,<br><br>Debtor.<br><br>☐ Affects Both Debtors<br><br>☐ Affects Matheson Flight Extenders Only<br><br>☒ Affects Matheson Postal Services Only | Case No.: 22-21149<br><br>Chapter 11<br><br>**GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>Judge: Hon. Christopher M. Klein |

## <u>Introduction</u>

Matheson Flight Extenders, Inc. and Matheson Postal Services, Inc., the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Eastern District of California (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of

the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## **GLOBAL NOTES AND OVERVIEW OF METHODOLOGY**

1. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the

right to amend the Schedules and Statements with respect to a n y claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

3. **Global Notes.** These Global Notes are in addition to any specific notes set forth in the Schedules and Statement. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate.

4. **Description of Cases and "as of" Information Date**. On May 5, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 13, 2022, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases under case number 22-21148 [Docket No. 42].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of April 30, 2022, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of May 5, 2022.**

5. **Net Book Value of Assets**.  Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with that Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.

Furthermore, as applicable, assets that have been fully depreciated may not appear on the Schedules or may appear with a current value of "undetermined".

6. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

7. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is, or shall be construed as, an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

8. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further investigation is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities that have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing objections to Claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

**9. Insiders.** Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

**10. Intercompany and Other Transactions.** For certain reporting and internal accounting purposes, the Debtors record intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "*Intercompany Claims*") as of the Petition Date. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any Intercompany Claims is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors' regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

**11. Executory Contracts and Unexpired Leases.** Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

**12. Materialman's/Mechanic's Liens.** The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

**13. Classifications.** Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

**14. Claims Description.** Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not

constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

15. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed  or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16. **Litigation**.  Certain litigation actions (collectively, the "**Litigation Actions**") reflected as claims against a particular Debtor may relate to one or more of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

17. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

> a.  Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

> b.  Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

> c.  Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

18. **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

19. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

20. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

### Specific Disclosures With Respect To The Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of April 30, 2022, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of May 5, 2022. Details with respect to the Debtors' cash management system and bank accounts are provided in the (i) *Motion for Order Authorizing Debtor to (A) Maintain Existing Bank Account and (B) Continue Use of Cash Management System* [Docket No. 9 – Case No. 22-21148]; and (ii) *Motion for Order Authorizing Debtor to (A) Maintain Existing Bank Account and (B) Continue Use of Cash Management System* [Docket No. 9 – Case No. 22-21149 (the "**Cash Management Motions**").

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

> **Schedule A/B 47**.  Listing the year, make, model and identification numbers for each of the Debtors automobiles, vans, trucks, and trailers would be unduly burdensome and, therefore, the Debtors have not listed this information.  However, if required, the Debtors will compile this information.

> **Schedule A/B 55**. The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55. The Debtors' leasehold interests/improvements appear on Schedule A/B 55.

> **Schedule A/B 63**. The Debtors maintain customer and vendor lists. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **Schedule A/B 72**. The Debtors have not listed any unused net operating losses in response to Schedule A/B 72 as any net operating losses would accrue to affiliate Matheson Trucking, Inc.

7

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule A/B 77**. Intercompany and related party receivables listed on Schedule A/B 77 are as of the Petition Date.

**Schedule D**.   Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

Finally, any description of any lien or of the Debtors' property that is subject to a lien that is included in Schedule D is not an admission by the Debtors of the validity or the enforceability of the lien.  The descriptions included in Schedule D are derived from the various filings that record a creditor's alleged interest in the Debtors' property.  The Debtors reserve all rights to challenge these interests in connection with the Chapter 11 Cases.

**Schedule E/F Part 1**.  The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain employee wage, paid time off, benefit and business expenses that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  To the extent that applicable Claims have been or will be paid under one or more of the Court's orders, such Claims may not be included in Schedule E/F Part 1.

The listing of any claim on Schedule E/F Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserves its right to dispute the priority status of any claim on any basis.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, Claims listed on Schedule E/F part 2

8

may have been aggregated by unique creditor name and remit to address, and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Further, the incidents underlying the litigation Claims listed on Schedule E/F may have given rise to related obligations that the Debtors may be responsible for. Inclusion of these related obligations on Schedule E/F is not intended to suggest that the litigation counterparty is entitled to multiple or duplicative recoveries.

Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

The Debtors expressly incorporate by reference into Schedule E/F part 2, all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.    Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that

may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures With Respect To The Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on

behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, the Debtors will use reasonable efforts to supplement the Statements.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

11

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> Matheson Postal Services, Inc.</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> Eastern District of California</td></tr>
<tr><td><strong>Case number (if known):</strong> 22-21149</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B ......................................................... | $239,570.03

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B ...................................................... | $125,408,094.47

    1c.  **Total of all property:**
    Copy line 92 from Schedule A/B ........................................................ | $125,647,664.50

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................ | $9,581,906.65

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................ | UNDETERMINED

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ............................ | + $160,490,598.17

4.  ***Total liabilities***
Lines 2 + 3a + 3b ............................................................................................. | $170,072,504.82

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Postal Services, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21149 |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.    **Cash on hand**

2.1.    _____          $_____

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3.1.    BANK OF AMERICA, N.A. | OPERATING ACCOUNT | 1502 | $1,490,270.82 |

4.    **Other cash equivalents** *(Identify all)*

| Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 4.1.    _____ | _____ | _____ | _____ | $_____ |

5.    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,490,270.82 |
| --- |

## Part 2:     Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

Debtor    **Matheson Postal Services, Inc.**                           Case number *(if known)* **22-21149**

**7.**      **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | DEPOSITS | $38,436.12 |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | PREPAID INSURANCE - ALL POLICIES | $1,908,196.24 |
| 8.2. | PREPAID INSURANCE - EXCESS LIABILITY POLICY<br>ACE PROPERTY & CASUALTY INSURANCE CO | $_____ |
| 8.3. | MEMBERSHIPS<br>AMERICA TRUCKING ASSOCIATION | $54,857.51 |
| 8.4. | PREPAID INSURANCE - EXCESS LIABILITY POLICY<br>ARGONAUT INSURANCE COMPANY | $_____ |
| 8.5. | RETAINER<br>DEVELOPMENT SPECIALISTS, INC. | $65,195.25 |
| 8.6. | IRP LICENSE<br>DMV | $131,220.76 |
| 8.7. | RETAINER<br>DONLIN, RECANO & COMPANY, INC. | $5,598.10 |
| 8.8. | BRIDGE TOLLS<br>FASTRAK | $13,909.95 |
| 8.9. | PREPAID INSURANCE - AUTO INSURANCE POLICIES<br>GREENWICH INSURANCE COMPANY | $_____ |
| 8.10. | PREPAID INSURANCE - GL INSURANCE POLICY<br>GREENWICH INSURANCE COMPANY | $_____ |
| 8.11. | FEDERAL HIGHWAY TAX<br>HVUT - IRS | $20,100.00 |
| 8.12. | LEGAL RETAINER<br>NUTI HART LLP | $115,027.00 |
| 8.13. | FUEL STORAGE TANK POLLUTION<br>SCOTTSDALE INSURANCE COMPANY | $_____ |
| 8.14. | PREPAID INSURANCE - PROPERTY INSURANCE POLICY<br>TRAVELERS PROPERTY CASUALTY CO OF AMERICA | $_____ |
| 8.15. | PREPAID INSURANCE - EXCESS LIABILITY POLICY<br>WESTCHESTER SURPLUS LINES INSURACNE CO | $_____ |
| 8.16. | PREPAID INSURANCE - WC INSURANCE POLICY<br>XL INSURANCE AMERICA INC | $_____ |

Debtor    **Matheson Postal Services, Inc.**                                Case number *(if known)* **22-21149**

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$2,352,540.93

| Part 3: | Accounts receivable |
|---|---|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

**11.        Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $43,897.46 | - $_____ | = ........ → | $43,897.46 |
| 11a.[1] | 90 days old or less: | $77,586.51 | - $_____ | = ........ → | $77,586.51 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $296,497.15 | - $_____ | = ........ → | $296,497.15 |
| 11b.[1] | Over 90 days old: | $0.00 | - $_____ | = ........ → | $0.00 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$417,981.12

[1]ACCRUED ACCOUNTS RECEIVABLE AS OF 4/30/2022

| Part 4: | Investments |
|---|---|

**13.    Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____    _____    $_____

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                    % of ownership

15.1. _____    _____%    _____    $_____

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____    _____    $_____

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.    Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.    Finished goods, including goods held for resale** | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |
| **22.    Other inventory or supplies** | | | | |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.    Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.    Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.    Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |

Debtor **Matheson Postal Services, Inc.**          Case number *(if known)* **22-21149**

**32.        Other farming and fishing-related property not already listed in Part 6**

32.1.    _____    $_____    _____    $_____

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

**38.    Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| 39.1.    OFFICE EQUIPMENT/FURNITURE | $3,975.53 | Net Book Value | $3,975.53 |
| **40.    Office fixtures** | | | |
| 40.1.    SEE, RESPONSE AT PART 7, NO. 39 | $_____ | _____ | $_____ |

**41.        Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.    COMMUNICATIONS EQUIPMENT[1] | UNDETERMINED | _____ | UNDETERMINED |
| 41.2.    COMPUTER EQUIPMENT[1] | UNDETERMINED | _____ | UNDETERMINED |
| 41.3.    SOFTWARE[1] | UNDETERMINED | _____ | UNDETERMINED |

[1]FULLY DEPRECIATED

Debtor    **Matheson Postal Services, Inc.**          Case number *(if known)* **22-21149**

42.      **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.    _____   $_____     _____   $_____

43.      **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.
                           | $3,975.53 |

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☑ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.      **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   MISC. VEHICLE[1] | UNDETERMINED | _____ | UNDETERMINED |
| 47.2.   TRACTORS | $12,568,157.63 | Net Book Value | $12,568,157.63 |
| 47.3.   TRAILERS | $1,331,458.66 | Net Book Value | $1,331,458.66 |
| 47.4.   UTILITY VEHICLES | $23,659.01 | Net Book Value | $23,659.01 |

[1] FULLY DEPRECIATED

48.      **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.    _____   $_____     _____   $_____

49.      **Aircraft and accessories**

49.1.    _____   $_____     _____   $_____

50.      **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1.   BOAT TRAILER[1] | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|
| 50.2.   DOLLIES | $259.93 | Net Book Value | $259.93 |
| 50.3.   PLANT EQUIPMENT | $10,401.41 | Net Book Value | $10,401.41 |

[1] FULLY DEPRECIATED

51.      **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.
                           | $13,933,936.64 |

Debtor  **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☒ Yes

| Part 9: | **Real property** |
|---|---|

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. _____<br><br>LEASEHOLD IMPROVEMENTS - AGGREGATE - ALL LEASES<br><br>_____ | LEASEHOLD IMPROVEMENTS | $239,570.03 | Net Book Value | $239,570.03 |
| 55.2. _____<br><br>COMMERCIAL PARKING LOT<br><br>_____<br>3341 E 18TH ST<br>KANSAS CITY MO 64127 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |

**56.  Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

| |
|---|
| $239,570.03 |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  Patents, copyrights, trademarks, and trade secrets**

| | | | |
|---|---|---|---|
| 60.1. _____ | $_____ | _____ | $_____ |

Debtor  **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

**61.** **Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.1. _____ | $_____ | _____ | $_____ |

**62.** **Licenses, franchises, and royalties**

| 62.1. _____ | $_____ | _____ | $_____ |

**63.** **Customer lists, mailing lists, or other compilations**

| 63.1. CUSTOMER AND VENDOR NAMES, ADDRESSES, E-MAILS, EIN, CERTAIN BANK ACCOUNT INFORMATION | UNDETERMINED | _____ | UNDETERMINED |

**64.** **Other intangibles, or intellectual property**

| 64.1. _____ | $_____ | _____ | $_____ |

**65.** **Goodwill**

| 65.1. _____ | $_____ | _____ | $_____ |

**66.** **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:** **All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ _____ | $_____ | - $_____ | = ........ → | $_____ |

**72.** **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. SEE, GLOBAL NOTES | $_____ | $_____ | _____ | $_____ |

Debtor    **Matheson Postal Services, Inc.**                              Case number *(if known)* **22-21149**

**73.**    **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | ARGONAUT INSURANCE CO. | EXCESS EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NO. MLX4263507-0 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | AXIS INSURANCE COMPANY | MANAGEMENT LIABILITY PRACTICES INSURANCE, POLICY NO. P-001-000521747-02 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | NATIONAL FIRE & MARINE INSURANCE CO. | LEAD EXCESS INSURANCE, POLICY NO. 42XSF30482505 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | CHUBB FEDERAL INSURANCE CO. | EXCESS LIABILITY INSURANCE, POLICY NO. XOOG72566580001 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | GREENWICH INSURANCE CO. | LIABILITY INSURANCE, POLICY NO. RAD943505218 & AND RAD500019513 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | GREENWICH INSURANCE CO. | AUTOMOBILE LIABILITY - AXA XL INSURANCE, POLICY NO. RAD5000195-13 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | HISCOX | KIDNAP AND RANSOM INSURANCE, POLICY NO. UKA3005332.22 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | SCOTTSDALE | STORAGE TANK LIABILITY - SCOTTSDALE INSURANCE, POLICY NO. VGS0002693 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | TRAVELERS PROPERTY CASUALTY CO OF AMERICA | CASUALTY /PROPERTY - REPLACEMENT INSURANCE, POLICY NO. QT6303T36208ATIL22 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | WESTCHESTER | EXCESS LIABILITY INSURANCE, POLICY NO. G71789597003 | _____ | _____ | _____ | UNDETERMINED |

Debtor   **Matheson Postal Services, Inc.**      Case number *(if known)* **22-21149**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.11. | XL INSURANCE AMERICA, INC. | WORKER'S COMPENSATION INSURANCE, POLICY NO. RWD9435054-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | XL SPECIALITY INSURNACE COMPANY | AIRPORT LIABILITY, POLICY NO. UA0010968AV22A | _____ | _____ | _____ | UNDETERMINED |

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | UNITED STAES POSTAL SERVICE | CONTRACT CLAIMS AND EQUITABLE RELIEF | $199,440.37 | $199,440.37 |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | _____ | _____ | $_____ | $_____ |

**76.**   **Trusts, equitable or future interests in property**

| | | | |
|---|---|---|---|
| 76.1. | _____ | | $_____ |

**77.**   **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | MISCELLANEOUS RECEIVABLES - OTHER | $5,645.26 |
| 77.2. | CAPITAL EQUIPMENT REPAIR | $4,404,880.96 |
| 77.3. | ASSET RESERVE | ($9,028.12) |
| 77.4. | ASSET PROJECT PENDING | $32,811.72 |
| 77.5.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON FLIGHT EXTENDERS, INC. | $16,430,915.84 |
| 77.6.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON TRUCKING, INC. | $62,806,290.73 |
| 77.7.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON MAIL TRANSPORTATION, INC. | $3,540,749.65 |
| 77.8.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON AIR SERVICES, LLC | $1,633,254.98 |
| 77.9.[1] | RELATED PARTY RECEIVABLE - MATHESON FAST FREIGHT, INC. | $17,885,522.20 |
| 77.10.[1] | RELATED PARTY RECEIVABLE - MATHESON HOLIDINGS, GP | $278,905.84 |

[1]REPORTED AS OF 5/5/2022

**78.**   **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $107,209,389.43 |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **Matheson Postal Services, Inc.**        Case number *(if known)* **22-21149**

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,490,270.82 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,352,540.93 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $417,981.12 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,975.53 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,933,936.64 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ..................................... → | | $239,570.03 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.*        + | $107,209,389.43 | |
| 91. | **Total.** Add lines 80 through 90 for each column. ..........91a. | $125,408,094.47   + 91b. | $239,570.03 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | $125,647,664.50 |

**Fill in this information to identify the case:**

**Debtor name:** Matheson Postal Services, Inc.

**United States Bankruptcy Court for the:** Eastern District of California

**Case number (if known):** 22-21149

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Matheson Postal Services, Inc.**                          Case number *(if known)* **22-21149**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1.    **Creditor's name and address**

BANK OF AMERICA NA
NC 1-026-06-06
900 W. TRADE STREET
GATEWAY VLLLAGE 900 BLDG
CHARLOTTE NC 28255

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/18/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ANY AND ALL ASSETS OF DEBTOR, INCLUDING, WITHOUT LIMITATION, THE FOLLOWING DESCRIBED PROPERTY NOW OWNED OR HEREAFTER ACQUIRED BY THE DEBTOR, ETC.

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 02/18/2022 AS DOCUMENT NO. U220166323428

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,481,809.32          UNDETERMINED

Debtor  **Matheson Postal Services, Inc.**                          Case number *(if known)* **22-21149**

**2.2.**     **Creditor's name and address**

PACCAR FINANCIAL CORP
PO BOX 1518
BELLEVUE WA 98009

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/22/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL OF DEBTOR'S INTEREST IN THE FOLLOWING PROPERTY, WHETHER NOW OWNED OR HEREAFTER ACQUIRED AND WHEREVER LOCATED; (A) ALL INVENTORY AND EQUIPMENT MANUFACTURED BY PACCAR INC. AND ITS DIVISIONS, INCLUDING ATTACHMENTS THERETO MADE BY OTHER MANUFACTURERS, AND FINANCED BY SECURED PARTY, ETC.

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 05/22/2020 AS DOCUMENT NO. 207780031109

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$7,100,097.33          UNDETERMINED

**2.3.**     **Creditor's name and address**

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 COPLEY DRIVE
DIAMOND BAR CA 91765

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/19/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

KENILWORTH COLLATERAL FOR PROJECT ID 163-001, PROJECT ID 163-002, PROJECT ID 163-003, PROJECT ID 163-005, PROJECT ID 163-011, PROJECT ID 163-012, ETC.

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 06/19/2018 AS DOCUMENT NO. 187654768062

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor **Matheson Postal Services, Inc.**

Case number *(if known)* **22-21149**

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT
21865 COPLEY DRIVE
DIAMOND BAR CA 91765

KENILWORTH COLLATERAL FOR PROJECT   UNDETERMINED  UNDETERMINED
ID 163-001, PROJECT ID 163-002, PROJECT
ID 163-003, PROJECT ID 163-005, PROJECT
ID 163-011, PROJECT ID 163-012, ETC.

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/2/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED IN STATE OF
CALIFORNIA 10/02/2018 AS DOCUMENT
NO. 187673456613

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

US BANK EQUIPMENT FINANCE
DIVISION OF US BANK NATIONAL
ASSOCIATION
1310 MADRID ST
MARSHALL MN 56258

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/16/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

31-PMG STANDARD UNLT-LTE, 31-PMG LTE INSTALLATION W/2-PIN BACKBONE, 31-ANDROID TABLET STANDARD, 31-ANDROID INSTALLATION KIT PMG, 11-PMG STANDARD UNIT-LTE, 11-PMG LTE INSTALLATION W/2-PIN BACKBONE, 11-ANDROID TABLE STAN, 11-ANDROID INSTALLATION KIT, PMG TOGETBER WITH ALL REPLACEMENTS, PARTS, REPALRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED TBEREIN OR AFFIXED OR ATTACHED, ETC.

UNDETERMINED   UNDETERMINED

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 05/16/2018 AS DOCUMENT NO. 18-7649000843

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 2.6. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVE
SUITE 700
MINNEAPOLIS MN 55402

ALL ASSETS NOW OWNED OR HEREAFTER ACQUIRED.          UNDETERMINED  UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

UCC-1 RECORDED IN STATE OF CALIFORNIA 12/10/2013 AS DOCUMENT NO. 137389967285 AND AS CONTINUED 08/22/2018, DOCUMENT NO. 1876651954

_____

**Date debt was incurred:** 12/10/2013

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☒ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $9,581,906.65

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | PACCAR FINANCIAL CORP<br>ATTN BANKRUPTCY LEGAL DEPT<br>777 106TH AVE NE<br>BELLEVUE WA 98004 | Line 2.2 | _____ |
| 3.2. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.1 | _____ |
| 3.3. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.1 | _____ |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Matheson Postal Services, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21149 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COLORADO DEPARTMENT OF REVENUE SALES AND USE TAX 1375 SHERMAN STREET DENVER CO 80203 | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** SALES & USE TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COLORADO DEPRTMENT OF REVENUE 1375 SHERMAN STREET DENVER CO 80261 | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** STATE TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **Matheson Postal Services, Inc.**        Case number *(if known)* **22-21149**

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|---|---|---|---|

**2.3.** Priority creditor's name and mailing address

IDAHO STATE TAX COMMISION IDAHO STATE TAX COMMISSION
800 E. PARK BLVD.
PLAZA IV
BOISE ID 83712-7742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.4.** Priority creditor's name and mailing address

IDAHO STATE TAX COMMISSION
SALES AND USE TAX
11321 W CHINDEN BLVD
BOISE ID 83714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.5.** Priority creditor's name and mailing address

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE., NW
WASHINGTON DC 20224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

FEDERAL TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **Matheson Postal Services, Inc.**                      Case number *(if known)* **22-21149**

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6.** 

**Priority creditor's name and mailing address**

IRS (INTERNAL REVENUE SERVICE)
10TH ST AND PENNSYLVANIA AVE, NW
WASHINGTON DC 20530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

FEDERAL TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.7.**

**Priority creditor's name and mailing address**

US DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN UT 84201-0005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

FEDERAL TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.8.**

**Priority creditor's name and mailing address**

US DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 806532
CINCINNATI OH 45280-6532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

FEDERAL TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor **Matheson Postal Services, Inc.**                Case number *(if known)* **22-21149**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED

**Priority amount:** UNDETERMINED

**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.10. **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
SALES AND USE TAX
210 N 1950 W
SALT LAKE CITY UT 84134-0260

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED

**Priority amount:** UNDETERMINED

**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.11. **Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED

**Priority amount:** UNDETERMINED

**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Matheson Postal Services, Inc.**     Case number *(if known)* **22-21149**

| | | | | |
|---|---|---|---|---|
| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | WASHINGTON STATE DEPARTMENT OF REVENUE<br>SALES AND USE TAX<br>19800 N CREEK PKWY STE 101<br>BOTHELL WA 98011 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT OF REVENUE
SALES AND USE TAX
19800 N CREEK PKWY STE 101
BOTHELL WA 98011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

| | |
|---|---|
| Debtor **Matheson Postal Services, Inc.** | Case number *(if known)* **22-21149** |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**List All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

**3.1.** **Nonpriority creditor's name and mailing address**

721 E 61 LA LLC
PO BOX 10129
GLENDALE CA 91209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,450.00

---

**3.2.** **Nonpriority creditor's name and mailing address**

A&S PEST SOLUTIONS, LLC.
4331 S RICHARD CREST DR
TAYLORSVILLE UT 84129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$322.00

---

**3.3.** **Nonpriority creditor's name and mailing address**

AFLAC PREMIUM HOLDING
P.O. BOX 84069
COLUMBUS GA 31908-4069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,742.88

---

Debtor   **Matheson Postal Services, Inc.**                                Case number *(if known)* **22-21149**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALHAMBRA & SIERRA SPRINGS
P.O. BOX 660579
DALLAS TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

$157.03

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAS BEST VALUE INN CEDAR CITY
333 N 1100 W
CEDAR CITY UT 84721

☐ Contingent
☐ Unliquidated
☐ Disputed

$821.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRAVEL

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDRE HOLLAND
775 N DALLAS AVE
SAN BERNARDINO CA 92410

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

1/9/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.7.**

**Nonpriority creditor's name and mailing address**

ANG REGION 1, LLC
19 RAILROAD PLACE, SUITE 201
SARATOGA SPRINGS NY 12866

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$73,901.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:** 9868

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.8.**

**Nonpriority creditor's name and mailing address**

ANTHONY MARINI
10715 SHASTA GLOW CRT
HENDERSON NV 89052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/26/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.9.**

**Nonpriority creditor's name and mailing address**

ANYTIME LOGISTICS, INC
P.O. BOX 2103
DENTON TX 76202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$92,525.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

BROKER

**Last 4 digits of account number:** 3315

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Postal Services, Inc.**                                     Case number *(if known)* **22-21149**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.10. **Nonpriority creditor's name and mailing address**

ARAND GIBSON
125 LUNA GRANDE CIR #154
SACRAMENTO CA 95834

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/11/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.11. **Nonpriority creditor's name and mailing address**

ARIZONA TRAILER RENTAL LLC
PO BOX 772320
DETROIT MI 48277

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$120.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.12. **Nonpriority creditor's name and mailing address**

ARTHUR J. GALLAGHER & CO.
INSURANCE BROKERS OF CA, INC.
P.O. BOX 742886
LOS ANGELES CA 90074-2886

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$940.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT&T - 5019
P O BOX 5019
CAROL STREAM IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,441.88

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVISTA UTILITIES
MSC-57
P.O. BOX 3727
SPOKANE WA 99220

☐ Contingent
☐ Unliquidated
☐ Disputed

$913.13

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AWARDCO, LLC
382 W PARK CIRCUIT
SUITE 300
PROVO UT 84604-7773

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,081.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                      Case number *(if known)* **22-21149**

---

**3.16.** | **Nonpriority creditor's name and mailing address**

BANK DIRECT CAPITAL FINANCE INC.
150 NORTH FIELD DRIVE
SUITE 190
LAKE FOREST IL 60045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

INSURANCE PREMIUM FINANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.17.** | **Nonpriority creditor's name and mailing address**

BAY ALARM COMPANY
PO BOX 51041
LOS ANGELES CA 90051-5337

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0732**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $80.00 |

---

**3.18.** | **Nonpriority creditor's name and mailing address**

BEST WESTERN SANDMAN MOTEL
236 JIBBOOM STREET
SACRAMENTO CA 95814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRAVEL

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $178.64 |

---

Debtor    **Matheson Postal Services, Inc.**                        Case number *(if known)* **22-21149**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.19.

**Nonpriority creditor's name and mailing address**
BILL CULLUM
5636 BULL RUN
GARDEN CITY ID 83714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
8/26/2021

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.20.

**Nonpriority creditor's name and mailing address**
BILL FREEMAN
P. O. BOX 206
NEW MEADOWS ID 83654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$150.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.21.

**Nonpriority creditor's name and mailing address**
CALIFORNIA FUELS AND LUBRICANTS
11621 WESTMINSTER AVENUE
GARDEN GROVE CA 92843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$17,495.75

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FUEL

**Last 4 digits of account number:** 7951

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAN. - ADA. SECURITY, INC
23502 HIGHWAY 30
CALDWELL ID 83607

☐ Contingent
☐ Unliquidated
☐ Disputed

$700.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARL CLEATOR
230 S WASHINGTON ST
APT 207
BUTTE MT 59701

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
4/9/2022

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTERLINE DRIVERS, LLC.
PO BOX 31001-1431
PASADENA CA 91110-1431

☐ Contingent
☐ Unliquidated
☐ Disputed

$769.42

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

---

**3.25.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CHARLES BAUMGARDNER 5503 WILDWOOD DR RAPID CITY SD 57702 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

12/2/2020

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.26.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CHERYL POCOCK, ET AL. CLAYEO C. ARNOLD APC CLAYEO C. ARNOLD 865 HOWE AVENUE SACRAMENTO CA 95825 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.27.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CIGNA 5476 COLLECTIONS CENTER DR. CHICAGO IL 60693 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $850.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.28.

**Nonpriority creditor's name and mailing address**

CITIGUARD, INC.
22736 VANOWEN ST SUITE 300
WEST HILLS CA 91307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,050.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 2213**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.29.

**Nonpriority creditor's name and mailing address**

CITY OF SACRAMENTO-UTILITIES
PO BOX 2770
SACRAMENTO CA 95812-2770

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$37.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.30.

**Nonpriority creditor's name and mailing address**

CLARIBEL NUNEZ
713 HARMON COVE TOWER
SECAUCUS NJ 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Postal Services, Inc.**                              Case number *(if known)* **22-21149**

| | |
|---|---|
| 3.31. | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.31.** **Nonpriority creditor's name and mailing address**

CLEAN ENERGY
LOCKBOX #676911
1200 E. CAMPBELL RD. – STE 108
RICHARDSON TX 75081

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$123,023.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number: 2592**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.32.** **Nonpriority creditor's name and mailing address**

CLEANSTART LLC
PO BOX 110609
TACOMA WA 98411

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.33.** **Nonpriority creditor's name and mailing address**

CODY HIATT
FISHER HUDSON SHALLAT
VAUGHN FISHER & CHRISTOPHER BROWN
950 W. BANNOCK STREET
STE 630
BOISE ID 83702

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.34.   **Nonpriority creditor's name and mailing address**

COMDATA MASTERCARD PROGRAM
109 NORTHPARK BLVD #500
COVINGTON LA 70433

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2.01

---

3.35.   **Nonpriority creditor's name and mailing address**

COMMITTED ELITE RESPONSE TEAM
8267 FIELDPOPPY CIRCLE
SACRAMENTO CA 95828

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0481

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,700.00

---

3.36.   **Nonpriority creditor's name and mailing address**

CONTRACTED DRIVER SVCS, INC. - FSTAFF
13817 W. VAN BUREN STREET
GOODYEAR AZ 85338

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$28,017.79

Debtor    **Matheson Postal Services, Inc.**            Case number *(if known)* **22-21149**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CORDELL'S WEED ABATEMENT
2931 SILK CT.
SACRAMENTO CA 95822

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CPC LOGISTICS SOLUTIONS LLC
PO BOX 6730
CHESTERFIELD MO 63006

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,528.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5987**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRYSTAL SPRINGS BOTTLED WATER CO
PO BOX 660579
DALLAS TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

$264.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.40.   **Nonpriority creditor's name and mailing address**

DANIEL ENRIQUEZ
734 CASTAWAY CV.
SAN DIEGO CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/6/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.41.   **Nonpriority creditor's name and mailing address**

DELAWARE E-ZPASS VIOLATIONS CENTER
PO BOX 697
DOVER DE 19903-0697

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$54.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.42.   **Nonpriority creditor's name and mailing address**

DEMARCUS JONES
2216 CEDAR VALLEY LANE
UNIT 102
DALLAS TX 75232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/30/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DENNIS DILLON AUTO CENTER
9599 W FAIRVIEW AVENUE
BOISE ID 83704

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,630.66

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REPAIR/TOWING

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DENNIS EDWARD BOWMAN
LAW OFFICES OF EDWARD SHKOLNIKOV
EDWARD SHKOLNIKOV, ESQ.
14930 VENTURA BLVD
SUITE 340
SHERMAN OAKS CA 91403

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DONOVAN ALBRIGHT LLC
28915 AVE PENN
SUITE 100
VALENCIA CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Matheson Postal Services, Inc.**                                Case number *(if known)* **22-21149**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DON'S MOBILE WASH
8920 W. HOPE ROAD
SPOKANE WA 99224-9778

☐ Contingent
☐ Unliquidated
☐ Disputed

$958.33

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
OUTSIDE SERVICE

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

E-470 PUBLIC HIGHWAY AUTHORITY
PO BOX 5470
DENVER CO 80217-5470

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.40

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
FEES/TAXES/LICENSES

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EAST VALLEY WATER DISTRICT
P O BOX 3550
ONTARIO CA 91761-0955

☐ Contingent
☐ Unliquidated
☐ Disputed

$60.07

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**       Case number *(if known)* **22-21149**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECONO LODGE
410 S.E. 1ST ST.
OAK GROVE MO 64075

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,190.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRAVEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELITE HR LOGISTICS, INC.
2331 CAPITOL AVE
SACRAMENTO CA 95816

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,362.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number: 0224**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELITE PRESSURE WASHING SERVICES
5760 ROSEVILLE ROAD
SACRAMENTO CA 95842

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,270.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 0765**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Postal Services, Inc.**                          Case number *(if known)* **22-21149**

| 3.52. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.52.**

**Nonpriority creditor's name and mailing address**

ERMILO GONZALES JR
27 ANGRA WAY
GILROY CA 95020

**Date or dates debt was incurred**

10/22/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.53.**

**Nonpriority creditor's name and mailing address**

FLEETWASH, INC.
P.O. BOX 36014
NEWARK NJ 07188-6014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,905.47

---

**3.54.**

**Nonpriority creditor's name and mailing address**

FROG ENVIRONMENTAL
24426 SOUTH MAIN STREET SUITE 701
CARSON CA 90745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,147.00

---

Debtor    **Matheson Postal Services, Inc.**                          Case number *(if known)* **22-21149**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.55.  **Nonpriority creditor's name and mailing address**

FW FLEET CLEAN, LLC
PO BOX 5059
SAN LUIS OBISPO CA 93403

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,729.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.56.  **Nonpriority creditor's name and mailing address**

GARY N GOLDBLATT
P O BOX 1281
SHINGLE SPRINGS CA 95682

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/23/2015

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.57.  **Nonpriority creditor's name and mailing address**

GARY SANDQUIST
1885 W VICTORY LN
MERIDIAN ID 83642

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$78,559.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SEVERANCE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                              Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GARY VORCE
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GOLD COAST HOTEL & CASINO
6465 S RAINBOW BLVD
LAS VEGAS NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRAVEL

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GRANULAR INSURANCE COMPANY
269 EAST GRAND AVENUE
SOUTH SAN FRANCISCO CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,898.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7659

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Matheson Postal Services, Inc.**                              Case number *(if known)* **22-21149**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GUILLERMO TOVAR
3097 GOSHAWK WAY
PERRIS CA 92571

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

2/24/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HALE TRAILER BRAKE & WHEEL INC
RT 73 & COOPER RD
PO BOX 1400
VOORHEES NJ 08043

☐ Contingent
☐ Unliquidated
☐ Disputed

$533.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HANNAH PHILPOTT
CLAYEO C. ARNOLD APC
CLAYEO C. ARNOLD
865 HOWE AVENUE
SACRAMENTO CA 95825

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.64.   **Nonpriority creditor's name and mailing address**

HOSPITALITY PARTNER'S OF WYOMING
1801 E CEDAR
RAWLINGS WY 82301

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,515.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRAVEL

**Last 4 digits of account number:** 2687

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.65.   **Nonpriority creditor's name and mailing address**

JAMES GOYTIA
4555 MCCOY AVE
SAN JOSE CA 95130

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/20/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.66.   **Nonpriority creditor's name and mailing address**

JAMES GOYTIA
4555 MCCOY AVE
SAN JOSE CA 95130

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/19/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                Case number *(if known)* **22-21149**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JANET MILLER
6951 W. HARCUVAR DR.
TUCSON AZ 85743

☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 2324**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAN-PRO CLEANING SYSTEMS OF ONTARIO
3200 EAST INLAND EMPIRE BLVD, #250
ONTARIO CA 91764

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JASON JAFFE
CLAYEO C. ARNOLD APC
CLAYEO C. ARNOLD
865 HOWE AVENUE
SACRAMENTO CA 95825

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.70.   **Nonpriority creditor's name and mailing address**

JEFFREY CHESROWN
REKHI & WOLK, P.S.
HARDEEP REKHI
529 WARREN AVE N.
SUITE 201
SEATTLE WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.71.   **Nonpriority creditor's name and mailing address**

JETPRO PILOTS LLC
3201 STELLHORN ROAD
FORT WAYNE IN 46815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,794.79

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:** 6139

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.72.   **Nonpriority creditor's name and mailing address**

JOHNNY ON THE SPOT
5050 COHASSET ROAD SUITE 70
CHICO CA 95926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$217.90

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.73.

**Nonpriority creditor's name and mailing address**

JOSE HERNANDEZ
3150 DEL REY DR
SAN BERNARDINO CA 92404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/3/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.74.

**Nonpriority creditor's name and mailing address**

JOSEPH FINNEY
226 ALDER ST
SOUTH BEND WA 98586

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/13/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.75.

**Nonpriority creditor's name and mailing address**

KANSAS TURNPIKE AUTHORITY - WICHITA
PO BOX 5018
WICHITA KS 67201-5018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$86.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.76.    **Nonpriority creditor's name and mailing address**

KENWORTH SALES COMPANY
DEPT # 001
P.O. BOX 27088
SALT LAKE CITY UT 84127-0088

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,428.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3077**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.77.    **Nonpriority creditor's name and mailing address**

KH JR., BY AND THROUGH HIS GUARDIAN AD
LITEM RICHARD L. MANFORD
CLAYEO C. ARNOLD APC
CLAYEO C. ARNOLD
865 HOWE AVENUE
SACRAMENTO CA 95825

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.78.    **Nonpriority creditor's name and mailing address**

KJPB INVESTMENTS, LLC.
P.O. BOX 32958
TUCSON AZ 85751-2958

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$450.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6753**

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                         Case number *(if known)* **22-21149**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.79.   **Nonpriority creditor's name and mailing address**

LA QUINTA BY WYNDHAM TACOMA - SEA
1425 E 27TH STREET
TACOMA WA 98421

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,106.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRAVEL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.80.   **Nonpriority creditor's name and mailing address**

LEGAL SHIELD
PO BOX 2629
ADA OK 74821-2629

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.81.   **Nonpriority creditor's name and mailing address**

LEGGIERI LAW
4200 PARK BLVD #263
OAKLAND CA 94602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,444.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2673

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Postal Services, Inc.**                          Case number *(if known)* **22-21149**

**3.82.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

LOADTREK SOFTWARE
127 CENTRAL AVE
WATERLOO WI 53594

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,204.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.83.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

LSPM
(DBA) - INDUSTRIAL RESOURCING
C/O UNIVERSAL FUNDING CORP
PO BOX 13115
SPOKANE WA 99213-3115

☐ Contingent
☐ Unliquidated
☐ Disputed

$79,747.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:** 6483

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.84.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

MARIA MORALES-LAZO
WILSHIRE LAW FIRM
JOHNATHAN C. TELLER
3055 WILSHIRE BLVD
12TH FLOOR
LOS ANGELES CA 90010

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.85.

**Nonpriority creditor's name and mailing address**

MARK HEADDING
13292 ALTARIDGE CIR
VICTORVILLE CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

10/14/2020

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

3.86.

**Nonpriority creditor's name and mailing address**

MARNY BAXTER
7825 ORCHARD WOODS CIRCLE
SACRAMENTO CA 95828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

10/12/2005

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

3.87.

**Nonpriority creditor's name and mailing address**

MATHESON AIR SERVICES, LLC
9785 GOETHE ROAD
SACRAMENTO CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,901,293.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.88.

**Nonpriority creditor's name and mailing address**

MATHESON FLIGHT EXTENDERS INC &
MATHESON TRUCKING INC
9785 GOETHE ROAD
SACRAMENTO CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75,598,164.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.89.

**Nonpriority creditor's name and mailing address**

MATHESON FLIGHT EXTENDERS, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$859,121.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.90.

**Nonpriority creditor's name and mailing address**

MATHESON FLIGHT EXTENDERS, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,287,923.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.91. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.91.

**Nonpriority creditor's name and mailing address**

MATHESON MAIL TRANSPORTATION, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,487,926.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.92.

**Nonpriority creditor's name and mailing address**

MATHESON TRUCKING INC
9785 GOETHE ROAD
SACRAMENTO CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$53,678,837.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.93.

**Nonpriority creditor's name and mailing address**

MCCANDLESS INTERNATIONAL TRUCKS -- CO
16704 E. 32ND AVE
AURORA CO 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,986.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.94. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MELINDA BAUER<br>P O BOX 980102<br>WEST SACRAMENTO CA 95798 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>6/9/2014 | **Basis for the claim:**<br>WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.95. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | METROWEST SWEEPING, INC.<br>5246 SILVER PEAK LANE<br>ROCKLIN CA 95765-5078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OUTSIDE SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.96. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MICROTEL EAGAN<br>3000 DENMARK AVE<br>EAGAN MN 55121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $159.67 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRAVEL | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.97. **Nonpriority creditor's name and mailing address**

MICROTEL INN & SUITES BY WYNDHAM LODI
6428 W BANNER STREET
LODI CA 95242

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,940.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRAVEL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.98. **Nonpriority creditor's name and mailing address**

MILLENNIUM TERMITE & PEST
9900 HORN ROAD, SUITE 5
SACRAMENTO CA 95827

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$407.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.99. **Nonpriority creditor's name and mailing address**

MOTOR CARRIER SERVICE SPECIALISTS
439 W. SAN MARCOS BLVD. #B
SAN MARCOS CA 92069

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$259.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

REPAIR/TOWING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Postal Services, Inc.**           Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Nonpriority creditor's name and mailing address**
NORCAL KENWORTH - SACRAMENTO
598 DISPLAY WAY
SACRAMENTO CA 95838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,186.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8280

**Basis for the claim:**
EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.101.    **Nonpriority creditor's name and mailing address**
NORTH CAROLINA SECRETARY OF STATE
PO BOX 29622
RALEIGH NC 27626-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$25.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
FEES/TAXES/LICENSES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.102.    **Nonpriority creditor's name and mailing address**
ORBCOMM LLC
395 W PASSAIC ST, SUITE 325
ROCHELLE PARK NJ 07662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$4,225.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
OUTSIDE SERVICE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PAPE KENWORTH
10998 S HARLAN RD
FRENCH CAMP CA 95231

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,725.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number: 4398**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENSKE TRUCK LEASING - PA
P.O. BOX 1475
READING PA 19603-0563

☐ Contingent
☐ Unliquidated
☐ Disputed

$160,647.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number: 5846**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENSKE TRUCK LEASING - PASADENA
P O BOX 7429
PASADENA CA 91110-7429

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,293.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 40 of 69

Debtor    **Matheson Postal Services, Inc.**            Case number *(if known)* **22-21149**

---

**3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PG&E
PO BOX 997300
SACRAMENTO CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$586.59

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107.** **Nonpriority creditor's name and mailing address**

PORT OF SAN FRANCISCO
ATTN ACCOUNTS RECEIVABLE
PO BOX 7862
SAN FRANCISCO CA 94120

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$162.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108.** **Nonpriority creditor's name and mailing address**

PORTER BILLING SERVICES, LLC
PO BOX 398
BIRMINGHAM AL 35201

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,449,861.73

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
BROKER

**Last 4 digits of account number:** 6062

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREMIER TRAILER LEASING
5201 TENNYSON PARKWAY, SUITE 250
PLANO TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,694.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREPASS
PO BOX 932588
ATLANTA GA 31193-2588

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,355.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number: 2204**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRESSURE WASHING SOLUTIONS
P.O. BOX 607
CALDWELL ID 83606

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,007.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 4538**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Matheson Postal Services, Inc.**                          Case number *(if known)* **22-21149**

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.112.

**Nonpriority creditor's name and mailing address**

PRO DRIVERS
P.O. BOX 102409
ATLANTA GA 30368-2409

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$112,603.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.113.

**Nonpriority creditor's name and mailing address**

PURCOR PEST SOLUTIONS
2533 INTER AVE
PUYALLUP WA 98372

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$212.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2523

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.114.

**Nonpriority creditor's name and mailing address**

PURE WATER SOLUTIONS OF AMERICA
3208 SOUTH STATE STREET
SALT LAKE CITY UT 84115

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$86.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.115.    **Nonpriority creditor's name and mailing address**

QUALITY INN & SUITES
5805 PACIFIC HIGHWAY EAST
FIFE WA 98424

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,221.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRAVEL

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.116.    **Nonpriority creditor's name and mailing address**

QUILL.COM
PO BOX 94080
PHILADELPHIA PA 19101-0600

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$163.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

SUPPLIES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.117.    **Nonpriority creditor's name and mailing address**

R&S ARCHITECTURAL PRODUCTS IN
8711 ELDER CREEK ROAD #400
SACRAMENTO CA 95828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$340.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor     **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| | |
|---|---|
| 3.118. | **Nonpriority creditor's name and mailing address** |

RANDSTAD
P.O. BOX 894217
LOS ANGELES CA 90189-4217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,186.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.119.     **Nonpriority creditor's name and mailing address**

RAY MORGAN COMPANY
3131 ESPLANADE
CHICO CA 95973

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,991.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.120.     **Nonpriority creditor's name and mailing address**

RED ROOF INN - SPRINGFIELD
155 WEST LEFFEL LANE
SPRINGFIELD OH 45506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,430.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRAVEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.121.

**Nonpriority creditor's name and mailing address**

RED ROOF INNS
PO BOX 849800
DALLAS TX 75284-9800

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$957.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRAVEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.122.

**Nonpriority creditor's name and mailing address**

RIVER CITY PETROLEUM, INC.
3775 N. FREEWAY BLVD. STE 101
SACRAMENTO CA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,723.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:** 0393

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.123.

**Nonpriority creditor's name and mailing address**

ROBERT JAFFE
CLAYEO C. ARNOLD APC
CLAYEO C. ARNOLD
865 HOWE AVENUE
SACRAMENTO CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.124.**

**Nonpriority creditor's name and mailing address**

ROBERT MACKIE
P.O. BOX 183
WALDRON AR 72958

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

1/8/2010

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.125.**

**Nonpriority creditor's name and mailing address**

ROBERT NAFUS
955 NORTH 1380 EAST
TOOELE UT 84074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

12/18/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.126.**

**Nonpriority creditor's name and mailing address**

ROCKER INN, INC.
122001 W. BROWN'S GULCH ROAD
BUTTE MT 57901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,064.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRAVEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Postal Services, Inc.**                                Case number *(if known)* **22-21149**

| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROD GRAVES
406 N 35TH AVE
YAKIMA WA 98902

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.128. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RODNEY MADEIROS
2873 ARCADE WY SPC 235
SPC 235
REDDING CA 96002

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

2/4/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.129. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROMEO MAPALAD
1925 JUNEWOOD AVE
SAN JOSE CA 95132

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

8/28/2019

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Matheson Postal Services, Inc.**          Case number *(if known)* **22-21149**

| | 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|---|

3.130.

**Nonpriority creditor's name and mailing address**

RONALD HIATT
FISHER HUDSON SHALLAT
VAUGHN FISHER & CHRISTOPHER BROWN
950 W. BANNOCK STREET
STE 630
BOISE ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.131.

**Nonpriority creditor's name and mailing address**

RONALD MCFADDIN
1916 LAMBERT DR.
NAMPA ID 83686

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
1/27/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.132.

**Nonpriority creditor's name and mailing address**

ROYAL SUPPLY INC
7050 E. 54TH PLACE
COMMERCE CITY CO 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12.58

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

REPAIR/TOWING

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RUSH TRUCK LEASING
PO BOX 34630
SAN ANTONIO TX 78265-4630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,708.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number: 6914**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RYAN GINGERICH
870 HACKETT LN
STEVENSVILLE MT 59870

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/23/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RYDER TRANSPORTATION SERVICES - IL
PO BOX 96723
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,927.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                         Case number *(if known)* **22-21149**

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.136.    **Nonpriority creditor's name and mailing address**

SAN BERNARDINO CO. FIRE PROTECTION
157 W. FIFTH STREET
SECOND FLOOR
SAN BERNARDINO CA 92415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.137.    **Nonpriority creditor's name and mailing address**

SAPP BROS, INC.
P.O. BOX 45305
OMAHA NE 68145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:** 8734

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.138.    **Nonpriority creditor's name and mailing address**

SARAH PHILPOTT
CLAYEO C. ARNOLD APC
CLAYEO C. ARNOLD
865 HOWE AVENUE
SACRAMENTO CA 95825

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

**3.139.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.139.**

**Nonpriority creditor's name and mailing address**

SEAN SULLIVAN
4276 N NUOVA AVE
MERIDIAN ID 83646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/21/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.140.**

**Nonpriority creditor's name and mailing address**

SELF STORAGE SOLUTIONS, LLC
PO BOX 19290
SPOKANE WA 99224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.141.**

**Nonpriority creditor's name and mailing address**

SHANE SCOTT
2286 WHITE DRIVE
DURHAM CA 95938

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.142.**

**Nonpriority creditor's name and mailing address**

SHANNASAR JOVANNI MCNEIL
WILSHIRE LAW FIRM
BRAD STUCKEY
3055 WILSHIRE BLVD.,
12TH FLOOR
LOS ANGELES CA 90010

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.143.**

**Nonpriority creditor's name and mailing address**

SINDY BUFORD
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION - STATE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.144.**

**Nonpriority creditor's name and mailing address**

SINDY BUFORD
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION - FEDERAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| **3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.145.**

**Nonpriority creditor's name and mailing address**

SISTERS JANITORS
PO BOX 13871
SACRAMENTO CA 95853

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$600.00

---

**3.146.**

**Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD CA 91772-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$83.98

---

**3.147.**

**Nonpriority creditor's name and mailing address**

SPARKLETTS-TX
P.O. BOX 660579
DALLAS TX 75266-0579

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$106.30

---

Debtor     **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAFFMARK INVESTMENT LLC
PO BOX 734575
CHICAGO IL 60673-4575

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,203.53

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TEMP. AGENCY

**Last 4 digits of account number:** 0855

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.149. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEPHEN MIDKIFF
17302 WOODCREST DR NE
BOTHELL WA 98011

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
1/18/2011

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.150. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRATUS BUILDING SOLUTIONS
PO BOX 208299
DALLAS TX 75320-8299

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,909.68

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 55 of 69

Debtor    **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.151.  **Nonpriority creditor's name and mailing address**

SUMMIT AIRWORKS
4223 DULUTH AVENUE
ROCKLIN CA 95765

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6862

**Basis for the claim:**
OUTSIDE SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**
$146.00

---

3.152.  **Nonpriority creditor's name and mailing address**

SUPER 8 BEDFORD PA 03744
4498 BUSINESS 220
BEDFORD PA 15522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRAVEL

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**
$2,492.32

---

3.153.  **Nonpriority creditor's name and mailing address**

SUPER 8 ONTARIO OR
615 EAST IDAHO ST.
ONTARIO OR 97914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRAVEL

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim**
$799.20

---

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SURESTAY HOTEL BY BW TWIN FALLS
1260 BLUE LAKES BLVD N.
TWIN FALLS ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,263.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRAVEL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.155. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

T.M.T. SPECIALTIES
13730 SARGENT AVE
GALT CA 95632

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,483.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5339**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.156. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TEC EQUIPMENT, INC
PO BOX 743077
LOS ANGELES CA 90074-3077

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,265.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4991**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Postal Services, Inc.**                                      Case number *(if known)* **22-21149**

| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE PORTLANDER INN
P.O. BOX 11133
PORTLAND OR 97211-1133

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,329.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRAVEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.158. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TIM PELLEY
250 N. 1100 W. #275
CEDAR CITY UT 84721

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/30/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRANSPORTATION COMMODITIES, INC.
4950 TRIGGS STREET
COMMERCE CA 90022

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,773.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.160.

**Nonpriority creditor's name and mailing address**

TREASURE VALLEY COFFEE
11875 PRESIDENT DR
BOISE ID 83713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SUPPLIES

**Last 4 digits of account number: 7205**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.161.

**Nonpriority creditor's name and mailing address**

TRILLIUM CNG (1700)
ATTN: ACCTS PAYABLE - C
P.O. BOX 26210
OKLAHOMA CITY OK 73126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,974.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.162.

**Nonpriority creditor's name and mailing address**

TRILLIUM DRIVERS
PO BOX 671854
DETROIT MI 48267-1854

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$565.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.163.

**Nonpriority creditor's name and mailing address**

TRUCKING JOBS TECHNOLOGIES INC
19925 STEVENS CREEK BLVD
SUITE 100
CUPERTINO CA 90514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7120**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,333.61

---

3.164.

**Nonpriority creditor's name and mailing address**

TUSIMPLE INC.
9191 TOWNE CENTRE DR
SUITE 600
SAN DIEGO CA 92122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BROKER

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,905.70

---

3.165.

**Nonpriority creditor's name and mailing address**

UMPQUA PROPERTY SERVICE LLC
522 SE WASHINGTON AVE
SUITE 134
ROSEBURG OR 97470

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6527**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$85.00

Debtor　**Matheson Postal Services, Inc.**　　　　　Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.166. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.166.** **Nonpriority creditor's name and mailing address**

UNUM LIFE INSURANCE COMPANY OF AMERICA
OF AMERICA
P.O. BOX 409548
ATLANTA GA 30384-9548

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,621.08

---

**3.167.** **Nonpriority creditor's name and mailing address**

USPS DISBURSING OFFICER
ACCTG SERVICE CENTER
P.O. BOX 21888
EAGAN MN 55121-0888

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$280.47

---

**3.168.** **Nonpriority creditor's name and mailing address**

VATTANDEEP SANDHU
1900 NORTE DAME BLVD
APT #100
CHICO CA 95928

**Date or dates debt was incurred**

4/14/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Matheson Postal Services, Inc.**                          Case number *(if known)* **22-21149**

| | | |
|---|---|---|
| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.169.**

**Nonpriority creditor's name and mailing address**

VELOCITY TRUCK RENTAL & LEASING
PO BOX 101327
PASADENA CA 91189-1327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,402.32

---

**3.170.**

**Nonpriority creditor's name and mailing address**

VICTOR LOPEZ
4531 BRIGGS DR SE #102B
OLYMPIA WA 98501

**Date or dates debt was incurred**

4/23/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.171.**

**Nonpriority creditor's name and mailing address**

VICTOR TROUTMAN III
6745 N ABINGTON RD
TUCSON AZ 85743

**Date or dates debt was incurred**

7/29/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Matheson Postal Services, Inc.**                                                    Case number *(if known)* **22-21149**

| 3.172. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.172.    **Nonpriority creditor's name and mailing address**

VICTOR VALLEY TRANSIT AUTHORITY
17150 SMOKE TREE STREET
HESPERIA CA 92345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$52,188.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.173.    **Nonpriority creditor's name and mailing address**

VINCENT SBANO
COLORADO CIVIL RIGHTS COMMISSION
RORY L. PRED
1560 BROADWAY
STE 825
DENVER CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POTENTIAL LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.174.    **Nonpriority creditor's name and mailing address**

VIOLETA MORALES LAZO
WILSHIRE LAW FIRM
JOHNATHAN C. TELLER
3055 WILSHIRE BLVD
12TH FLOOR
LOS ANGELES CA 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

---

3.175.    **Nonpriority creditor's name and mailing address**

VISION SERVICE PLAN
3333 QUALITY DRIVE
RANCHO CORDOVA CA 95670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $240.33 |

---

3.176.    **Nonpriority creditor's name and mailing address**

VO'S LANDSCAPING
7222 SAYRE DRIVE
OAKLAND CA 94611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9171

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $600.00 |

---

3.177.    **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF ALAMEDA COUNTY
P O BOX 541065
LOS ANGELES CA 90054-1065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $607.89 |

---

Debtor    **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.178.  **Nonpriority creditor's name and mailing address**

WESTERN EXTERMINATOR COMPANY
1125 BERKSHIRE BLVD
SUITE 150
WYOMISSING PA 19610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$105.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 1412**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.179.  **Nonpriority creditor's name and mailing address**

WILLIAM GRAHAM 1 LLC
1302 BRITTANY CROSS ROAD
SANTA ANA CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,183.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number: 8522**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.180.  **Nonpriority creditor's name and mailing address**

WILLIAM HUGHES
18015 PINE AVE.
FONTANA CA 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

12/16/2020

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Matheson Postal Services, Inc.**          Case number *(if known)* **22-21149**

| 3.181. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

WILLIAMS SCOTSMAN, INC.
PO BOX 91975
CHICAGO IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,257.38**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.182. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

WORKHOUND
715 CHERRY ST. SUITE 309
CHATTANOOGA TN 37402

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,000.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:** 7974

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.183. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

XTRA LEASE - KANSAS CITY
P.O. BOX 219562
KANSAS CITY MO 64121-9562

☐ Contingent
☐ Unliquidated
☐ Disputed

**$508.27**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor　**Matheson Postal Services, Inc.**　　　　　　Case number *(if known)* **22-21149**

| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZARAN SAYRE & ASSOCIATES, INC
30504 PACIFIC HWY. S.
FEDERAL WAY WA 98003

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,610.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Postal Services, Inc.**          Case number *(if known)* **22-21149**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| HURT AT WORK NORTHWEST PLLC<br>1604 HEWITT AVE STE 515<br>EVERETT WA 98201-3536 | Part 2 line 3.149 | _____ |
| J SPENCER WAGSTAFF<br>505 N ARROWHEAD AVE STE 111<br>SAN BERNARDINO CA 92401 | Part 2 line 3.6 | _____ |
| LAW OFFICE OF WILLIAM R. ORR<br>WILLIAM R. ORR<br>P.O. BOX 340819<br>SACRAMENTO CA 95834 | Part 2 line 3.94 | _____ |
| LAW OFFICES OF ROBERT A. JONES<br>ROBERT A. JONES, ESQ.<br>354 EISENHOWER PARKWAY<br>SUITE 1800<br>LIVINGSTON NJ 07039 | Part 2 line 3.30 | _____ |
| LENAHAN SLATER PEARSE & MAJERNIK<br>2542 RIVER PLAZA DR<br>SACRAMENTO CA 95833 | Part 2 line 3.129 | _____ |
| PAPE KENWORTH<br>PO BOX 35144 #5077<br>SEATTLE WA 98124-5144 | Part 2 line 3.103 | _____ |
| PENSKE TRUCK LEASING-PA<br>PO BOX 827380<br>PHILADELPHIA PA 19182-7380 | Part 2 line 3.104 | _____ |
| SHABRAMI LAW MISSION VIEJO<br>JAMIYL SHABRAMI<br>25909 PALA STE 140<br>MISSION VIEJO CA 92691 | Part 2 line 3.180 | _____ |
| THE VARAZARIAN LAW FIRM<br>STEVE VARTAZARIAN<br>23621 PARK SORRENTO<br>SUITE 101<br>CALABASAS CA 991302 | Part 2 line 3.84 | _____ |
| THE VARAZARIAN LAW FIRM<br>STEVE VARTAZARIAN<br>23621 PARK SORRENTO<br>SUITE 101<br>CALABASAS CA 991302 | Part 2 line 3.174 | _____ |

Debtor   **Matheson Postal Services, Inc.**        Case number *(if known)* **22-21149**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| **5a.** | **Total claims from Part 1** | 5a. | UNDETERMINED |
| **5b.** | **Total claims from Part 2** | 5b.   **+** | $160,490,598.17 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $160,490,598.17 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Postal Services, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21149 |

☐ Check if this is an amended filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |

| 2.1. | **Title of contract** | PARKING AGREEMENT | 721 E61 LA LLC |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | PARKING | ATTN: MARCUS LIONETTI |
| | | | P.O. BOX 10129 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GLENDALE CA 91209 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | PARKING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | TRUCK PARKING SPACE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | 761 E61 LA LLC |
| | **State the term remaining** | MONTH TO MONTH | P.O. BOX 10129 |
| | | | GLENDALE CA 91209 |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | COMMITTED ELITE RESPONSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | SECURITY FOR SAC POSTAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AARON SMITH |
| | **State the term remaining** | MONTH TO MONTH | 3517 MARCONI AVE. |
| | | | SUITE 206 |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95821 |

Debtor    **Matheson Postal Services, Inc.**          Case number *(if known)* **22-21149**

| 2.4. | **Title of contract** | ALHAMBRA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WATER DELIVERY SAC PSTL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALHAMBRA |
| | **State the term remaining** | MONTH TO MONTH | 200 EAGLES LANDING BLVD LAKELAND FL 33810 |
| | **List the contract number of any government contract** | | |

| 2.5. | **Title of contract** | CNG SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMERICAN NATURAL GAS, LLC ATTN: ANDREW WEST |
| | **State the term remaining** | 8/1/2022 | 19 RAILROAD PLACE, SUITE 201 SARATOGA SPRINGS NY 12866 |
| | **List the contract number of any government contract** | | |

| 2.6. | **Title of contract** | AMERICA'S BETS VALUE INN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOTEL ROOMS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMERICA'S BEST VALUE INN ATTN: DON OSWALD |
| | **State the term remaining** | MONTH TO MONTH | 333 NORTH 1100 WEST CEDAR CITY UT 84721 |
| | **List the contract number of any government contract** | | |

| 2.7. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NO. MLX4263507-0 | |
| | **Nature of debtor's interest** | INSURED | ARGONAUT INSURANCE CO. RISK PLACEMENT SERVICES |
| | **State the term remaining** | 03/01/2023 | 525 WEST VAN BUREN STE 1325 |
| | **List the contract number of any government contract** | | CHICAGO IL 60607 |

| 2.8. | **Title of contract** | AT&T NETWORK INTEGRATION SERVICES AND EQUIPMENT RESALE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GPS VIA ORBCOMM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AT&T CORP. ATTN: GENERAL ATTORNEY |
| | **State the term remaining** | 6/27/2022 | ONE AT&T WAY BEDMINSTER NJ 07921-0752 |
| | **List the contract number of any government contract** | | |

Debtor    **Matheson Postal Services, Inc.**                     Case number *(if known)* **22-21149**

| 2.9. | **Title of contract** | AVALON STORAGE PARKING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING FOR REDDING | |
| | **Nature of debtor's interest** | LESSEE | AVALON STORAGE |
| | **State the term remaining** | MONTH TO MONTH | 8645 AIRPORT RD |
| | **List the contract number of any government contract** | _____ | REDDING CA 96002 |

| 2.10. | **Title of contract** | RV RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AVALON STORAGE |
| | **State the term remaining** | MONTH TO MONTH | 8645 AIRPORT ROAD |
| | **List the contract number of any government contract** | _____ | REDDING CA 96002 |

| 2.11. | **Title of contract** | BACKUP AND SUPPLEMENTAL COMPRESSED NATURAL GAS SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AVISTA UTILITIES ATTN: DIRECTOR, CUSTOMER SERVICE |
| | **State the term remaining** | MONTH TO MONTH | AVISTA CONTRACT NO. M-17251 1411 E. MISSION AVENUE |
| | **List the contract number of any government contract** | _____ | SPOKANE WA 99220 |

| 2.12. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT LIABILITY PRACTICES INSURANCE, POLICY NO. P-001-000521747-02 | |
| | **Nature of debtor's interest** | INSURED | AXIS INSURANCE COMPANY 1000 AVALON BLVD |
| | **State the term remaining** | 3/1/2023 | STE 200 |
| | **List the contract number of any government contract** | _____ | ALPHARETTA GA 30009 |

| 2.13. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CALIFORNIA FUELS & LUBRICANTS P.O. BOX 8658 |
| | **State the term remaining** | MONTH TO MONTH | FOUNTAIN VALLEY CA 92728 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Postal Services, Inc.**                              Case number *(if known)* **22-21149**

| 2.14. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS LIABILITY INSURANCE, POLICY NO. XOOG72566580001 | |
| | **Nature of debtor's interest** | INSURED | CHUBB FEDERAL INSURANCE CO. PO BOX 4700 CHESAPEAKE VA 23327-4700 |
| | **State the term remaining** | 03/01/2023 | |
| | **List the contract number of any government contract** | _____ | |

| 2.15. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE MEDICAL/DENTAL INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CIGNA 5476 COLLECTIONS CENTER DR. CHICAGO IL 60693 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.16. | **Title of contract** | REVOCABLE PARKING LICENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CITY AND COUNTY OF SAN FRANCISCO PORT OF SAN FRANCISCO ATTN: PROPERTY MANAGER PIER 1, THE EMBARCADERO SAN FRANCISCO CA 94111 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.17. | **Title of contract** | ANDLAND PROPERTIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING FOR MORENO VALLEY | |
| | **Nature of debtor's interest** | LESSEE | CLARE WHITE MCDONALD 630 NARDITO LANE SOLANA BEACH CA 92075 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.18. | **Title of contract** | CNG FUEL PRICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CLEAN ENERGY ATTN: CHAD LINDHOLM 4675 MACARTHUR COURT, SUITE 800 NEWPORT BEACH CA 92660 |
| | **State the term remaining** | 7/29/2022 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Postal Services, Inc.**             Case number *(if known)* **22-21149**

| 2.19. | **Title of contract** | COMSITE AGREEMENT - US | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TERMINAL FUEL SYSTEM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COMDATA INC. ATTN: EXECUTIVE VICE PRESIDENT, CORPORATE PAYMENTS |
| | **State the term remaining** | 5/15/2023 | 5301 MARYLAND WAY |
| | **List the contract number of any government contract** | | BRENTWOOD TN 37027 |

| 2.20. | **Title of contract** | COUNTRY INN & SUITES BY RADISSON | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOTEL ROOMS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COUNTRY INN & SUITES BY RADISSON ATTN: GURCHARNJIT SINGH |
| | **State the term remaining** | 1/1/2023 | 3422 DECKER LAKE DRIVE |
| | **List the contract number of any government contract** | | WEST VALLEY CITY UT 84119 |

| 2.21. | **Title of contract** | ELH LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING FOR KC, MO | |
| | **Nature of debtor's interest** | LESSEE | ELH LLC 1106 NW HICKORY CT |
| | **State the term remaining** | 28 MONTHS | GRAIN VALLEY MO 64029 |
| | **List the contract number of any government contract** | | |

| 2.22. | **Title of contract** | ELH LLC COMMERCIAL PARKING LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ELH LLC ATTN: EDWARD HOMFELD |
| | **State the term remaining** | 10/4/2022 | 1106 NW HICKORY COURT |
| | **List the contract number of any government contract** | | GRAIN VALLEY MO 64029 |

| 2.23. | **Title of contract** | EXTRA SELF STORAGE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EXTRA SELF STORAGE 2298 PARK AVENUE |
| | **State the term remaining** | MONTH TO MONTH | CHICO CA 95928 |
| | **List the contract number of any government contract** | | |

Debtor    **Matheson Postal Services, Inc.**           Case number *(if known)* **22-21149**

| 2.24. | **Title of contract** | EXTREME JANITORS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | JANITORIAL AT OAK MAIL TRANS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EXTREME JANITORS |
| | **State the term remaining** | MONTH TO MONTH | 2669 GRANDE VISTA AVE #4 |
| | **List the contract number of any government contract** | _____ | OAKLAND CA 94601 |

| 2.25. | **Title of contract** | MASTER TRANSPORTATION SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FEDERAL EXPRESS CORPORATION CONTRACT CARRIER |
| | **State the term remaining** | 5/31/2026 | ADMINISTRATION AND PLANNING 3680 HACKS CROSS ROAD, |
| | **List the contract number of any government contract** | _____ | BUILDING H, 7731 MEMPHIS TN 38125-8800 |

| 2.26. | **Title of contract** | SALES TERMS & MASTER CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FLEET SAVER, LLC |
| | **State the term remaining** | MONTH TO MONTH | ATTN: KATE RICHARDSON 111 E. BROADWAY, SUITE 150 |
| | **List the contract number of any government contract** | _____ | SALT LAKE CITY UT 84111 |

| 2.27. | **Title of contract** | FROG ENVIRONMENTAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORM WATER COMPLIANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FROG ENVIRONMENTAL |
| | **State the term remaining** | 7/1/2022 | 965 E WILLOW ST SIGNAL HILL CA 90755 |
| | **List the contract number of any government contract** | _____ | |

| 2.28. | **Title of contract** | SEPARATION, WAIVER, AND RELEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SEPARATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GARY SANDQUIST |
| | **State the term remaining** | 2/2/2024 | 1885 W. VICTORY MERIDIAN ID 83642 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Postal Services, Inc.**            Case number *(if known)* **22-21149**

| 2.29. | Title of contract | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CIGNA STOP LOSS INSURANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | GRANULAR INSURANCE COMPANY |
| | State the term remaining | | 269 EAST GRAND AVENUE |
| | List the contract number of any government contract | | SOUTH SAN FRANCISCO CA 94080 |

| 2.30. | Title of contract | BUSINESS INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LIABILITY INSURANCE, POLICY NO. RAD943505218 & AND RAD500019513 | |
| | Nature of debtor's interest | INSURED | GREENWICH INSURANCE CO. |
| | State the term remaining | 03/01/2023 | 70 SEAVIEW AVE<br>SEAVIEW HOUSE |
| | List the contract number of any government contract | | STAMFORD CT 06902-6040 |

| 2.31. | Title of contract | BUSINESS INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AUTOMOBILE LIABILITY - AXA XL INSURANCE, POLICY NO. RAD50000195-13 | |
| | Nature of debtor's interest | INSURED | GREENWICH INSURANCE CO. |
| | State the term remaining | 3/1/2023 | 70 SEAVIEW AVE<br>SEAVIEW HOUSE |
| | List the contract number of any government contract | | STAMFORD CT 06902-6040 |

| 2.32. | Title of contract | HIRED GUN WEED & PEST | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WEED ABATEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HIRED GUN WEED AND PEST CONTROL |
| | State the term remaining | MONTH TO MONTH | 25307 COUNTY ROAD 50 |
| | List the contract number of any government contract | | KERSEY CO 80644 |

| 2.33. | Title of contract | BUSINESS INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | KIDNAP AND RANSOM INSURANCE, POLICY NO. UKA3005332 .22 | |
| | Nature of debtor's interest | INSURED | HISCOX |
| | State the term remaining | 03/01/2023 | 520 MADISON AVE<br>32ND FLOOR |
| | List the contract number of any government contract | | NEW YORK NY 10022 |

Debtor   **Matheson Postal Services, Inc.**        Case number *(if known)* **22-21149**

| 2.34. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STAFFING SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INDUSTRIAL RESOURCING, LLC DBA LSPM, AKA POWELL DRIVERS SERVICE |
| | **State the term remaining** | MONTH TO MONTH | 2140 E. SOUTHLAKE BLVD. # L635 |
| | **List the contract number of any government contract** | _____ | SOUTHLAKE TX 76092 |

| 2.35. | **Title of contract** | UMPQUA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING FOR COBURG, OR | |
| | **Nature of debtor's interest** | LESSEE | JEFF HERTZ 522 SE WASHINGTON AVE |
| | **State the term remaining** | MONTH TO MONTH | SUITE 134 |
| | **List the contract number of any government contract** | _____ | ROSEBURG OR 97470 |

| 2.36. | **Title of contract** | JOHNNY ON THE SPOT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PORTABLE TOILET FOR CHICO | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOHNNY ON THE SPOT 5050 COHASSET RD |
| | **State the term remaining** | MONTH TO MONTH | SUITE 70 |
| | **List the contract number of any government contract** | _____ | CHICO CA 95973 |

| 2.37. | **Title of contract** | JOHNNY TROUT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WEED ABATEMENT DENVER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOHNNY TROUT 2400 W 80TH AVE |
| | **State the term remaining** | MONTH TO MONTH | DENVER CO 80221 |
| | **List the contract number of any government contract** | _____ | |

| 2.38. | **Title of contract** | KJPB INVESTMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING FOR TUCSON | |
| | **Nature of debtor's interest** | LESSEE | KATHRYN BAYER P.O. BOX 32958 |
| | **State the term remaining** | MONTH TO MONTH | TUCSON AZ 85751 |
| | **List the contract number of any government contract** | _____ | |

Debtor **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| 2.39. | **Title of contract** | PARKING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING - SAC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KKW TRUCKING, INC. |
| | **State the term remaining** | MONTH TO MONTH | 3100 POMONA BLVD. |
| | **List the contract number of any government contract** | _____ | POMONA CA 91768 |

| 2.40. | **Title of contract** | 721 E61 LA, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING FOR LA P&DC | |
| | **Nature of debtor's interest** | LESSEE | MARCUS LIONETTI |
| | **State the term remaining** | MONTH TO MONTH | P.O. BOX 10129 |
| | **List the contract number of any government contract** | _____ | GLENDALE CA 91209 |

| 2.41. | **Title of contract** | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - DEN | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP |
| | **State the term remaining** | 1/1/2030 | 9785 GOETHE RD. |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95827 |

| 2.42. | **Title of contract** | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - OAK | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP |
| | **State the term remaining** | 1/1/2030 | 9785 GOETHE RD. |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95827 |

| 2.43. | **Title of contract** | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - SAC | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP |
| | **State the term remaining** | 1/1/2030 | 9785 GOETHE RD. |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95827 |

Debtor   **Matheson Postal Services, Inc.**                                  Case number *(if known)* **22-21149**

| 2.44. | **Title of contract** | PROFESSIONAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCOMPANY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATHESON TRUCKING, INC. |
| | **State the term remaining** | INDEFINITE | 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **List the contract number of any government contract** | _____ | |

| 2.45. | **Title of contract** | METROWEST SWEEPING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POWER SWEEP LOT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | METROWEST SWEEPING |
| | **State the term remaining** | MONTH TO MONTH | 5246 SILVER PEAK LANE ROCKLIN CA 95765 |
| | **List the contract number of any government contract** | _____ | |

| 2.46. | **Title of contract** | MILLENNIUM TERMITE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PEST CONTROL SAC POSTAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MILLENNIUM TERMITE & PEST |
| | **State the term remaining** | MONTH TO MONTH | 9900 HORN RD. #5 SACRAMENTO CA 95827 |
| | **List the contract number of any government contract** | _____ | |

| 2.47. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEAD EXCESS INSURANCE, POLICY NO. 42XSF30482505 | |
| | **Nature of debtor's interest** | INSURED | NATIONAL FIRE & MARINE INSURANCE CO. |
| | **State the term remaining** | 3/1/2023 | RISK PLACEMENT SERVICES 525 WEST VAN BUREN STE 1325 CHICAGO IL 60607 |
| | **List the contract number of any government contract** | _____ | |

| 2.48. | **Title of contract** | COMPRESSED NATURAL GAS FUELING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PALADIN PROTECTION SPECIALISTS, INC. |
| | **State the term remaining** | MONTH TO MONTH | ATTN: SCOTT JOHNSON 320 COMMERCE CIRCLE SACRAMENTO CA 95815 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Matheson Postal Services, Inc.**                       Case number *(if known)* **22-21149**

| 2.49. | **Title of contract** | PEST SOLUTIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PEST CONTROL_SLC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PEST SOLUTIONS LLC |
| | **State the term remaining** | MONTH TO MONTH | 4331 S. RICHARD CREST DR. TAYLORSVILLE UT 84129 |
| | **List the contract number of any government contract** | _____ | |

| 2.50. | **Title of contract** | PILOT FLYING J PROPOSAL LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PILOT FLYING J |
| | **State the term remaining** | MONTH TO MONTH | ATTN: KEVIN ROGERS 5508 LONAS DRIVE KNOXVILLE TN 37909-3221 |
| | **List the contract number of any government contract** | _____ | |

| 2.51. | **Title of contract** | PRESSURE WASHING SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRESSURE WASHING OAK | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PRESSUE WASHING SERVICES |
| | **State the term remaining** | MONTH TO MONTH | 5760 ROSEVILLE RD. SUITE 2 SACRAMENTO CA 95842 |
| | **List the contract number of any government contract** | _____ | |

| 2.52. | **Title of contract** | QUALITY INN CEDAR CITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOTEL ROOMS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | QUALITY INN CEDAR CITY |
| | **State the term remaining** | MONTH TO MONTH | ATTN: DON OSWALD 250 N 1100 W CEDAR CITY UT 84721 |
| | **List the contract number of any government contract** | _____ | |

| 2.53. | **Title of contract** | AUTHORIZATION AND AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RAMOS OIL COMPANY, INC. |
| | **State the term remaining** | MONTH TO MONTH | 1515 SOUTH RIVER ROAD WEST SACRAMENTO CA 95691 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Matheson Postal Services, Inc.**                                 Case number *(if known)* **22-21149**

| 2.54. | **Title of contract** | MASTER TRANSPORTATION SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION BROKER AGREEMENT. | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ROOD LOGISTICS, LLC |
| | **State the term remaining** | 6/1/2022 | 519 BROAD ST. SUITE 301 |
| | **List the contract number of any government contract** | _____ | ROME GA 30161 |

| 2.55. | **Title of contract** | SAMBASAFETY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RECORD MONITORING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SAMBASAGETY |
| | **State the term remaining** | 5/1/2023 | 11040 WHITE ROCK RD. RANCHO CORDOVA CA 95670 |
| | **List the contract number of any government contract** | _____ | |

| 2.56. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SAPP BROS. INC. |
| | **State the term remaining** | MONTH TO MONTH | 9915 SOUTH 148TH ST OMAHA NE 68138 |
| | **List the contract number of any government contract** | _____ | |

| 2.57. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORAGE TANK LIABILITY - SCOTTSDALE INSURANCE, POLICY NO. VGS0002693 | |
| | **Nature of debtor's interest** | INSURED | SCOTTSDALE UCPM ENVIRONMENTAL INSURANCE |
| | **State the term remaining** | 3/1/2023 | 335 E GERMANN RD STE 340 |
| | **List the contract number of any government contract** | _____ | GILBERT AZ 85297 |

| 2.58. | **Title of contract** | SCOTT SHANE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING FOR CHICO | |
| | **Nature of debtor's interest** | LESSEE | SHANE SCOTT |
| | **State the term remaining** | MONTH TO MONTH | 2286 WHITE DR. DURHAM CA 95938 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

2.59.  **Title of contract**                PARKING/OFFICE SPACE RENTAL AGREEMENT        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          PARKING

**Nature of debtor's interest**          CONTRACT PARTY

**State the term remaining**          MONTH TO MONTH                SHANE SCOTT
2286 WHITE DRIVE
DURHAM CA 95938

**List the contract number of any government contract**          _____

2.60.  **Title of contract**                SISTERS JANITORIAL        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          JANITORIAL

**Nature of debtor's interest**          CONTRACT PARTY

**State the term remaining**          MONTH TO MONTH                SISTERS JANITORS
P.O. BOX 13871
SACRAMENTO CA 95853

**List the contract number of any government contract**          _____

2.61.  **Title of contract**                NEGOTIATED RATE AGREEMENT        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          HOTEL ROOMS

**Nature of debtor's interest**          CONTRACT PARTY

**State the term remaining**          12/31/2022                SLEEP INN/MAINSTAY SUITES
ATTN: JASON PERRY
3809 S GEIGER BLVD. B
SPOKANE WA 99224

**List the contract number of any government contract**          _____

2.62.  **Title of contract**                SONITROL        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          FIRE PROTECTION

**Nature of debtor's interest**          CONTRACT PARTY

**State the term remaining**          MONTH TO MONTH                SONITROL
1334 BLUE OAKS BLVD
ROSEVILLE CA 95678

**List the contract number of any government contract**          _____

2.63.  **Title of contract**                SUMMIT AIRWORKS        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          HVAC SERVICE CONTRACT

**Nature of debtor's interest**          CONTRACT PARTY

**State the term remaining**          MONTH TO MONTH                SUMMIT AIRWORKS
4223 DULUTH AVE
ROCKLIN CA 95765

**List the contract number of any government contract**          _____

Debtor   **Matheson Postal Services, Inc.**                             Case number *(if known)* **22-21149**

| | | | |
|---|---|---|---|
| 2.64. | **Title of contract** | SUPER 8 BY WYNDHAM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | HOTEL ROOMS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SUPER 8 BY WYNDHAM |
| | **State the term remaining** | 1/1/2024 | 4498 BUSINESS 220 |
| | **List the contract number of any government contract** | _____ | BEDFORD PA 15522 |

| | | | |
|---|---|---|---|
| 2.65. | **Title of contract** | SUPER 8 ONTARIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | HOTEL ROOMS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SUPER 8 ONTARIO |
| | **State the term remaining** | 4/1/2023 | ATTN: LOVELEEN & RAVI JOHAL |
| | **List the contract number of any government contract** | _____ | 615 E. IDAHO AVENUE<br>ONTARIO OR 97914 |

| | | | |
|---|---|---|---|
| 2.66. | **Title of contract** | SURESTAY HOTEL BY BW TWIN FALLS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PARKING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SURESTAY HOTEL BY BW |
| | **State the term remaining** | MONTH TO MONTH | 1260 BLUE LAKES BLVD. N |
| | **List the contract number of any government contract** | _____ | TWIN FALLS ID 83301 |

| | | | |
|---|---|---|---|
| 2.67. | **Title of contract** | TDR INVESTMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PARKING FOR SPOKANE | |
| | **Nature of debtor's interest** | LESSEE | TDR INVESTMENTS LLC |
| | **State the term remaining** | MONTH TO MONTH | 3025 S GEIGER BLVD |
| | **List the contract number of any government contract** | _____ | SPOKANE WA 99224 |

| | | | |
|---|---|---|---|
| 2.68. | **Title of contract** | PARKING LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PARKING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TDR INVESTMENTS, LLC |
| | **State the term remaining** | MONTH TO MONTH | 3025 S GEIGER BLVD. |
| | **List the contract number of any government contract** | _____ | SPOKANE WA 99224 |

Debtor   **Matheson Postal Services, Inc.**                                    Case number *(if known)* **22-21149**

| 2.69. | **Title of contract** | TERMINIX | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PEST CONTROL 3RD ST | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TERMINIX |
| | **State the term remaining** | MONTH TO MONTH | 649 S WATERMAN AVE |
| | **List the contract number of any government contract** | _____ | SAN BERNARDINO CA 92408 |

| 2.70. | **Title of contract** | VO'S LANDSCAPING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WEED ABATEMENT OAK | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TOAN VO |
| | **State the term remaining** | MONTH TO MONTH | 7222 SAYRE DRIVE |
| | **List the contract number of any government contract** | _____ | OAKLAND CA 94611 |

| 2.71. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CASUALTY /PROPERTY - REPLACEMENT INSURANCE, POLICY NO. QT6303T36208ATIL22 | |
| | **Nature of debtor's interest** | INSURED | TRAVELERS PROPERTY CASUALTY |
| | **State the term remaining** | 03/01/2023 | CO OF AMERICA |
| | **List the contract number of any government contract** | _____ | ONE TOWER SQUARE HARTFORD CT 06187 |

| 2.72. | **Title of contract** | CNG FUEL MASTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRILLIUM TRANSPORTATION |
| | **State the term remaining** | MONTH TO MONTH | FUELS, LLC D.B.A. TRILLIUM CNG |
| | **List the contract number of any government contract** | _____ | 2929 ALLEN PARKWAY, SUITE 4100 HOUSTON TX 77019 |

| 2.73. | **Title of contract** | PARKING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING - OAK | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TS TRANSPORTING, INC. |
| | **State the term remaining** | MONTH TO MONTH | 7014 LYRIC AVE. |
| | **List the contract number of any government contract** | _____ | LANCASTER CA 93536-7426 |

Debtor   **Matheson Postal Services, Inc.**           Case number *(if known)* **22-21149**

| | | | |
|---|---|---|---|
| 2.74. | **Title of contract** | UMPQUA PROPERTY SERVICES, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PARKING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UMPQUA PROPERTY SERVICES, LLC |
| | **State the term remaining** | MONTH TO MONTH | ATTN: JEFF HERTZ |
| | **List the contract number of any government contract** | _____ | 2394 NE STEPHENS STREET ROSEBURG OR 97470 |

| | | | |
|---|---|---|---|
| 2.75. | **Title of contract** | TRANSPORTATION SERVICES RENEWAL CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE LDT OFFICE |
| | **State the term remaining** | 6/30/2022 | ATTN: SHANTY RICHARDSON 1200 MERCANTILE LANE, SUITE 109 |
| | **List the contract number of any government contract** | 95938 | LARGO MD 20774-5389 |

| | | | |
|---|---|---|---|
| 2.76. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR TEMPORARY SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE |
| | **State the term remaining** | 9/30/2022 | ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 |
| | **List the contract number of any government contract** | 380GZ | MEMPHIS TN 38166-7071 |

| | | | |
|---|---|---|---|
| 2.77. | **Title of contract** | TRANSPORTATION SERVICES RENEWAL CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE |
| | **State the term remaining** | 6/30/2025 | ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 |
| | **List the contract number of any government contract** | 802Y2 | MEMPHIS TN 38166-7071 |

| | | | |
|---|---|---|---|
| 2.78. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE |
| | **State the term remaining** | 6/30/2023 | ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 |
| | **List the contract number of any government contract** | 836A4 | MEMPHIS TN 38166-7071 |

Debtor    **Matheson Postal Services, Inc.**          Case number *(if known)* **22-21149**

| 2.79. | Title of contract | CONTRACT ROUTE SERVICE ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRANSPORTATION OF U.S. MAIL | |
| | Nature of debtor's interest | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | State the term remaining | 6/30/2023 | |
| | List the contract number of any government contract | 840L3 | |

| 2.80. | Title of contract | NOTICE OF ACCEPTANCE - TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRANSPORTATION OF U.S. MAIL | |
| | Nature of debtor's interest | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | 913M5 | |

| 2.81. | Title of contract | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRANSPORTATION OF U.S. MAIL | |
| | Nature of debtor's interest | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | State the term remaining | 6/30/2023 | |
| | List the contract number of any government contract | 956L6 | |

| 2.82. | Title of contract | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRANSPORTATION OF U.S. MAIL | |
| | Nature of debtor's interest | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | 980Y5 | |

| 2.83. | Title of contract | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRANSPORTATION OF U.S. MAIL | |
| | Nature of debtor's interest | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | 981Y1 | |

Debtor    **Matheson Postal Services, Inc.**                                      Case number *(if known)* **22-21149**

| 2.84. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | 80213 | |

| 2.85. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | **State the term remaining** | 6/30/2025 | |
| | **List the contract number of any government contract** | 80395 | |

| 2.86. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | 85610 | |

| 2.87. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | **State the term remaining** | 6/30/2025 | |
| | **List the contract number of any government contract** | 90017 | |

| 2.88. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK 225 N. HUMPHREYS BLVD., ROOM 1089 MEMPHIS TN 38166-7071 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | 90110 | |

Debtor   **Matheson Postal Services, Inc.**                                        Case number *(if known)* **22-21149**

| | | | |
|---|---|---|---|
| 2.89. | **Title of contract** | NOTICE OF RENEWAL OF TRANSPORTATION SERVICES CONTRACT FOR REGULAR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRANSPORTATION OF U.S. MAIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES POSTAL SERVICE PNT OFFICE ATTN: ED COOK |
| | **State the term remaining** | 6/30/2024 | 225 N. HUMPHREYS BLVD., ROOM 1089 |
| | **List the contract number of any government contract** | 95011 | MEMPHIS TN 38166-7071 |

| | | | |
|---|---|---|---|
| 2.90. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE LONG TERM DISABILITY INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| | **State the term remaining** | _____ | OF AMERICA P.O. BOX 409548 |
| | **List the contract number of any government contract** | _____ | ATLANTA GA 30384-9548 |

| | | | |
|---|---|---|---|
| 2.91. | **Title of contract** | WASTE MGMT. | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | WASTE SERVICE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | USA WASTE OF CA |
| | **State the term remaining** | 4/1/2024 | 172 98TH AVE OAKLAND CA 94603 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.92. | **Title of contract** | COMPRESSED NATURAL GAS (CNG) FUEL SALES CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FUEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VICTOR VALLEY TRANSIT AUTHORITY |
| | **State the term remaining** | 4/30/2023 | ATTN: KEVIN KANE 17150 SMOKE TREE STREET |
| | **List the contract number of any government contract** | _____ | HESPERIA CA 92345 |

| | | | |
|---|---|---|---|
| 2.93. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE VISION INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VISION SERVICE PLAN |
| | **State the term remaining** | _____ | 3333 QUALITY DRIVE RANCHO CORDOVA CA 95670 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Postal Services, Inc.**                                  Case number *(if known)* **22-21149**

| 2.94. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS LIABILITY INSURANCE, POLICY NO. G71789597003 | |
| | **Nature of debtor's interest** | INSURED | WESTCHESTER SURPLUS LINES INSURANCE CO |
| | **State the term remaining** | 03/01/2023 | RISK PLACEMENT SERVICES 525 WEST VAN BUREN |
| | **List the contract number of any government contract** | _____ | STE 1325 CHICAGO IL 60607 |

| 2.95. | **Title of contract** | COMMERCIAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE HIGHLAND | |
| | **Nature of debtor's interest** | LESSEE | WILLIAM GRAHAM 1 LLC |
| | **State the term remaining** | 07/31/2026 | C/O MIKE JOHNSON 1302 BRITTANY CROSS ROAD |
| | **List the contract number of any government contract** | _____ | SANTA ANA CA 92705 |

| 2.96. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WORKER'S COMPENSATION INSURANCE, POLICY NO. RWD9435054-18 | |
| | **Nature of debtor's interest** | INSURED | XL INSURANCE AMERICA, INC. |
| | **State the term remaining** | 03/01/2023 | 70 SEAVIEW AVE SEAVIEW HOUSE |
| | **List the contract number of any government contract** | _____ | STAMFORD CT 06902-6040 |

| 2.97. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AIRPORT LIABILITY, POLICY NO. UA0010968AV22A | |
| | **Nature of debtor's interest** | INSURED | XL SPECIALITY INSURNACE COMPANY |
| | **State the term remaining** | 3/1/2023 | 70 SEAVIEW AVE SEAVIEW HOUSE |
| | **List the contract number of any government contract** | _____ | STAMFORD CT 06902-6040 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Postal Services, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21149 |

☐ Check if this is an
amended filing

<u>Official Form 206H</u>

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1.  MARK B. MATHESON | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2.  MARK B. MATHESON | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3.  MARK B. MATHESON <br><br> AS TRUSTEE FOR THE MARK B. MATHESON 2009 IRREVOCABLE TRUST | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4.  MARK B. MATHESON <br><br> AS TRUSTEE FOR THE MARK B. MATHESON 2009 IRREVOCABLE TRUST | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5.  MATHESON FLIGHT EXTENDERS, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6.  MATHESON FLIGHT EXTENDERS, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   **Matheson Postal Services, Inc.**                    Case number *(if known)* **22-21149**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7. | MATHESON HOLDINGS GP | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D ☐ E/F ☐ G |
| 2.8. | MATHESON HOLDINGS GP | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |
| 2.9. | MATHESON MAIL TRANSPORTATION, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D ☐ E/F ☐ G |
| 2.10. | MATHESON MAIL TRANSPORTATION, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |
| 2.11. | MATHESON PROPERTIES LLC | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D ☐ E/F ☐ G |
| 2.12. | MATHESON PROPERTIES LLC | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |
| 2.13. | MATHESON TRUCKING, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D ☐ E/F ☐ G |
| 2.14. | MATHESON TRUCKING, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

**Debtor name:** Matheson Postal Services, Inc.

**United States Bankruptcy Court for the:** Eastern District of California

**Case number (if known):** 22-21149

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule _____*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/2/2022
              MM/DD/YYYY

✗    */s/ Charles Mellor*
     Signature of individual signing on behalf of debtor

     Charles Mellor
     Printed name

     Chief Restructuring Officer
     Position or relationship to debtor