**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Matheson Postal Services, Inc.

**Case No.:** 22-21149 - C - 11

**Docket Control No.** CAE-1

**Date:** 05/07/2025
**Time:** 11:00 AM

**Matter:** Continued Status Conference Re: Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Gregory C. Nuti) (eFilingID: 7097455)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Christopher Hart
**Respondent(s):**
(by zoom) Attorney for Unsecured Creditor's Committee – Jason Rios

---

**CIVIL MINUTES**

Status conference held/concluded; the cases having been substanitvely consolidated.